TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00676-CV
 
 




 

 

B. O. and T. S., Appellants

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 201st
 District Court OF Travis COUNTY,
 
 NO. D-1-FM-11-000425,
 The Honorable Tim Sulak, JUDGE
 PRESIDING
 
 




 


 
 
                                                                 O
 R D E R
 PER CURIAM
 Appellants B.O. and T.S. filed their notices of appeal on May 25, 2012 and June 7, 2012,
 respectively.  The appellants’
 briefing was completed on January 3,
 2013, making appellee’s brief due January 23, 2013. On January
 23, 2013, counsel for appellee filed a motion for extension of time to
 file appellee’s
 brief.
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule constrains this
 Court’s leeway in granting extensions. 
 In this instance, we will grant in part the motion and order counsel
 to file appellee’s brief no later than February 11, 2013.  If the
 brief is not filed by that date, counsel may be required to show cause why she should
 not be held in contempt of court.
 It is ordered on January 25,
 2013.
 Before Chief
 Justice Jones, Justices Goodwin and
 Field